FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      1

Case No:        03-23884-JKO      Judge: Judge John K. Olson

Case Name:      CHIRA, TIFFANY LANE

For Period Ending:  03/31/10

Trustee Name:                    MARIKA TOLZ, TRUSTEE

Date Filed (f) or Converted (c):    05/30/03 (f)

341(a) Meeting Date:              07/09/03

Claims Bar Date:                  02/12/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 20.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Checking Account ....8390 | 95.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Dishes, Pots, Pans, Etc. | 40.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Misc. Household and Personal Property | 50.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Beds, Nightstands, Tables, Etc. | 525.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. TV's, VCR's, Computer, DVD | 150.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Books, Household Decorations, Etc. | 30.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Clothing | 40.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Watch, Costume Jewelry | 80.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Back Due Child Support and Alimony | 366,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2002 Mitsubishi Eclipse Spider | 20,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $387,030.00        $0.00        $0.00        $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 15.08

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | | | |
|---|---|---|---|
| Case No: | 03-23884-JKO    Judge: Judge John K. Olson | Trustee Name: | MARIKA TOLZ, TRUSTEE |
| Case Name: | CHIRA, TIFFANY LANE | Date Filed (f) or Converted (c): | 05/30/03 (f) |
| | | 341(a) Meeting Date: | 07/09/03 |
| | | Claims Bar Date: | 02/12/07 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Order (08/28/06) Reopening Case to Administer Additional Assets


Claims Administration completed


This Estate has filed a claim in the case of Denis Chira, Case No., 05-22074-JKO

This case's only asset is a claim in the above captioned case - case is administered by Sonya Salkin, Trustee


Closing this case is predicated on the administration of the Denis Chira case


Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 06/30/10


        /s/     MARIKA TOLZ, TRUSTEE
_____ Date: 04/28/10

        MARIKA TOLZ, TRUSTEE

LFORM1

Ver: 15.08